IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MORGEN M. DECKER-MALONEY,

      Plaintiff,

v.

CATHY A. JESS, RANDALL R. HEPP
and CANDACE WHITMAN,

      Defendants.

ORDER

Case No.  18-cv-1072-jdp

---

On January 2, 2019, I entered an order denying plaintiff Morgen M. Decker-Maloney's motion for leave to proceed without prepayment of the filing fee and gave plaintiff until January 24, 2019 to pay the $400 filing fee. Dkt. 8. On January 14, 2019, plaintiff paid the $400 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Morgen M. Decker-Maloney's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 14th day of January, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge